# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:02CR179 (AHN) |
| SABIHA TUFAN | : June 7, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
TELEPHONE (203) 821-3700
FAX: (203) 773-5392
EMAIL: Christine.Sciarrino@usdoj.gov
FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO