UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No: 3:02CR179 (AHN) |
| SABIHA TUFAN : | |

### ORDER

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on December, 6, 2002 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

SO ORDERED.

Dated this _____ day of ____June____, 2006 at Bridgeport, Connecticut.

_____
HONORABLE ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE